**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1023**

_____

TAMIM SHANSAB,

Plaintiff - Appellant,

v.

NASIR SHANSAB; HORACE SHANSAB; YAMA SHANSAB; STEPHEN TOWNSEND,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:24-cv-01516-LMB-WBP)

_____

Submitted: July 24, 2025                                          Decided:  July 28, 2025

_____

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tamim Shansab, Appellant Pro Se. Evan Michael Stepanick, WALTON & ADAMS, PC, Reston, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tamim Shansab appeals the district court's order dismissing his amended complaint as time barred and for failure to state a claim. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Shansab v. Shansab*, No. 1:24-cv-01516-LMB-WBP (E.D. Va., Dec. 6, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*